**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7189**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

TERRY LAMAR BRICE,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Henry M. Herlong, Jr., District
Judge. (CR-92-328, CA-95-701)

———————

Submitted: March 21, 1996          Decided: April 2, 1996

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Terry Lamar Brice, Appellant Pro Se.  David Calhoun Stephens,
Assistant United States Attorney, Greenville, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reconsideration in this 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Brice v. United States</u>, No. CR-92-328; CA-95-701 (D.S.C. July 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>